**FILED**

SEP 0 5 2013

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DONALD WHITE,                          )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )     Civil Action No. *13-1336 UNA*
                                       )
BARACK H. OBAMA,                       )
                                       )
            Defendant.                 )

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to

4

prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that the President of the United States has embezzled billions of dollars this year. *See* Compl. at 1. Because plaintiff neither includes a statement of his entitlement to relief nor demands any relief, the complaint fails to comply with Rule 8(a). Accordingly, the complaint will be dismissed. An Order is issued separately.

United States District Judge

DATE:

5